# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JOHN SEARCY | ) | 2:22 MJ 14 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2022 in the county of LAKE in the Northern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 922(g)(9)<br>21 U.S.C. § 844(a) | On or about January 6, 2022, Searcy did willingly engage in dealing firearms when he was not licensed to do so. He also possessed firearms as a convicted domestic batterer and he possessed cocaine base on the same date. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Mariela Lopez*
Complainant's signature

ATF SPECIAL AGENT MARIELA LOPEZ
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date: 1/27/2022

s/Andrew P. Rodovich
Judge's signature

City and state: Hammond, Indiana

Andrew Rodovich, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF FEDERAL COMPLAINT:

I, Mariela Lopez, being first duly sworn, hereby depose and state as follows:

## BACKGROUND AND PURPOSE

1. The information contained in this affidavit is based upon my firsthand knowledge and the information provided by other law enforcement officers and witnesses. I am a sworn law enforcement officer, specifically, I am Criminal Investigator with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Merrillville Field Office. Your affiant has been so employed since approximately August 2020. Additionally, your affiant holds a Bachelor of Arts degree from the University of Illinois at Chicago. Your affiant has received over 1,000 hours of law enforcement training at the Federal Law Enforcement Training Center and the ATF National Academy. I have received extensive training, both formal and on-the-job, in the provisions of the Federal Firearms Laws administered under Title 18 and Title 26, U.S. Code, and the Federal Narcotics Laws administered under Title 21, U.S. Code.

2. Your affiant has participated in federal criminal investigations involving the federal firearms and narcotics laws, including the illegal possession, transportation, distribution, and use of controlled substances, as

well as the criminal possession, use, and trafficking of firearms and explosives.

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not contain each and every fact known to me.

4.  Based on my training and experience and the facts as set forth in this affidavit, I believe there is sufficient probable cause to issue a Criminal Complaint for John Searcy related to violations of Title 18 U.S.C. Section 922(a)(1)(A), Dealing in Firearms without a Federal Firearms License, Title 18 U.S.C. Section Title 18 U.S.C. Section 922(g)(9), ) – Prohibited Person (Domestic Batterer) in Possession of Firearms and 21 U.S.C. Section 844(a) Possession of Cocaine Base. I respectfully request the issuance of a arrest warrant and complaint for Searcy.

## SUMMARY OF PROBABLE CAUSE

5.  In October 2021, a Confidential Informant (CI1)[1] advised a member of law enforcement that an individual named John Searcy was

---

[1] Two different CIs were utilized in this investigation. CI1 has been working for the ATF since October 2021. The CI has been working for consideration on possible criminal activity. CI1 has been paid $400 and this is their first

selling guns in Gary, Indiana, in the Northern District of Indiana.  CI1 advised Searcy lived at 4609 Lincoln Street, Gary and that he had sold approximately numerous guns worth tens of thousands of dollars to CI1 within the past two months.  The CI identified Searcy from a photo array as the individual who had sold the guns.

6. On October 14, CI1 went to 4443 Cleveland Street to purchase firearms.  Members of law enforcement met with the CI1 and provided them with monitoring/recording equipment, searched for currency, firearms and narcotics with negative results and gave the CI $4000 in ATF funds.  Searcy handed the CI1 a firearm case containing three guns and quoted the price to CI1.  Searcy provided three firearms to CI1.  The CI1 paid Searcy with pre-recorded ATF funds and left to give the firearms to law enforcement.

7. Searcy is visible on the video of this buy and ATF identified him by comparison with his driver's license photo.

8. On November 17, 2021, CI2 and another individual were involved with a second firearms purchase from Searcy. The ATF again searched the CI for money, weapons and contraband before providing CI2 with recording devices and ATF funds. This time, Searcy sold three handguns to CI2 and the

---

investigation.  They are believed to be truthful and credible because much of their information has been corroborated and is visible on video.  CI2 has been an informant for over three years.  They have been paid approximately $41,500.  This CI is considered truthful and credible due to their information repeatedly being verified by law enforcement and video/audio surveillance confirmation.

other individual.  The CI2 then met up with law enforcement and turned over the firearms.

9. During this buy, Special Agent Matt Jones pulled up next to Searcy's vehicle and observed Searcy.  He positively identified him via his driver's license photo. Law enforcement also confirmed that the license plate of the Buick matched the BMV registration for a 2004 Buick registered to Searcy.

10. On January 6, 2022. Law enforcement followed the same procedures as previously detailed and provided the CI1 with ATF funds to purchase more firearms from Searcy. This time, the buy occurred at Searcy's home of 4609 Lincoln Street, Gary, Indiana.

11. Inside the home, Searcy told the CI1 that he did not have Glock handguns for sale because the profit margins were not high enough. Searcy then brought out a tub of guns that all had price tags on them.

12. On the video, law enforcement could tell that there was a large number of handguns inside of a blue tub.  Searcy's face is also visible in the video.

13.  CI1 exited the home and gave law enforcement the six purchased firearms.

14. On the video, law enforcement can overhear Searcy talking with other potential buyers about firearms for sale.  As the ATF was still in the

area, they observed an individual pull up to the home and Searcy came out to the car, got into the car for a short time and walked back into the home. Agents believe this to be a likely firearm sale.

15. At one point in the investigation, Searcy commented that he no longer sold Glocks because the markup was not good enough for him to make much profit.

16. On January 6, 2022, a federal search warrant was issued for Searcy's residence at 4609 Lincoln Street, Gary, Indiana. Law enforcement located over 70 firearms in the residence. The firearms in the bin each had sales tags on them indicating their prices. They also located approximately 27 grams of suspected cocaine base and hundreds of rounds of ammunition. The suspected cocaine base field tested positive for the presence of cocaine.

17. Shortly before the warrant execution, officers saw Searcy leave the home in his car, stopped him and placed him into custody. He had a firearm on his hip.

18. Searcy is a prohibited person under 18 U.S.C. 922(g)(9) because he has a conviction for Domestic Battery out of Duval County Florida under 16-2003-MM-014945-AXXX-MA. He was adjudicated guilty on April 10, 2003 after a plea of nolo contendere and sentenced to 9 days in jail and a year of probation. Searcy signed the probation paperwork for this case,

acknowledging that he was placed on probation for the crime of Domestic Battery.

19. Searcy initially agreed to speak with investigators after waiving his *Miranda* rights. He told investigators there were two firearms in the home. He also denied he had been convicted of a Domestic Battery and told investigators he had an Indiana firearms license. Law enforcement confronted Searcy with the fact that he had been turned down by multiple Firearms Licensees when he attempted over-counter gun purchases in the past due to his prior Domestic Battery conviction. Searcy claimed he had only ever purchased one gun, in Florida. He did admit that he had, maybe, sold some guns at a gun show. Eventually, he asked for an attorney and the interview ended.

20. ATF records show that Searcy had received three denials when he attempted over the counter gun purchases in the past. The ATF previously mailed a letter to his home warning him that he was prohibited from possessing firearms due to his domestic battery conviction.

21. Searcy is not licensed to to engage in the business of dealing in firearms as required by 18 U.S.C. 923(a).

22. None of the firearms was manufactured in the State of Indiana and therefore they traveled in and affected interstate commerce.

23. All of these events occurred within the Northern District of Indiana.

24. This complaint is being considered electronically via telephone or other reliable electronic means, in accordance with Federal Rules of Criminal Procedure 41(d)(3) and 4.1. Furthermore, this affidavit has been electronically transmitted verbatim to the judge.

# CONCLUSION

25. On the basis of the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that on January 6, 2022, in the Northern District of Indiana, John Searcy did willfully engage in the business of dealing firearms and that he was not licensed to do so, that he did knowingly and intentionally possess firearms as a convicted domestic batterer and that he did knowingly possess cocaine base.

FURTHER AFFIANT SAYETH NOT.

*Mariela Lopez*
_____
Mariela Lopez
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives


This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this __27th__ day of January, 2022.

_____s/Andrew P. Rodovich_____
HONORABLE ANDREW RODOVICH
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA